# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REBECCA EBAUGH** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 20-cv-00663-ADC |
| **MAYOR & CITY COUNCIL OF BALTIMORE** | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST

Defendant, Mayor and City Council of Baltimore, by and through its counsel of record, Gary Gilkey, Esq., and Darnell E. Ingram, Esq., of the Baltimore City Law Department, hereby advise the Court and all other parties that counsel, Darnell E. Ingram, Esq., will transition to another role within Baltimore City Government, effective January 30, 2022, and accordingly requests to strike his appearance as counsel of record in this case pursuant to Local Rule 101(2)(a). Mr. Gilkey shall continue to act as the attorney for Defendant going forward in this matter.

Respectfully submitted,

James L. Shea
**CITY SOLICITOR**
**BALTIMORE CITY LAW DEPARTMEMT**

_____/s/_____
DARNELL E. INGRAM, ESQ. (21660)
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street, Room 131
Baltimore, Maryland 21202
Telephone: 410-396-3659
Facsimile: 410-396-1457
darnelle.ingram@baltimorecity.gov

                            /s/
GARY GILKEY
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street, Room 131
Baltimore, Maryland 21202
gary.gilkey@baltimorecity.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 20th day of January 2022, the foregoing Defendant's Motion to Withdraw as Counsel and Request for Removal from CM/ECF Service List was electronically filed in accordance with the Electronic Filing Requirements and Procedures as established by the U.S. District Court for the District of Maryland.



                            /s/
Darnell E. Ingram, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REBECCA EBAUGH** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No.: 20-cv-00663-ADC |
| **MAYOR & CITY COUNCIL OF BALTIMORE** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Withdraw as Counsel and Request for Removal from CM/ECF Service List, it is, this _____ day of January 2022, hereby

**ORDERED,** that the Motion is GRANTED.

_____
Judge, United States District Court for the
District of Maryland